IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------    :
UNITED STATES OF AMERICA                      : CASE NO.  1:06CR565
                                              :
                   Plaintiff                  :
                                              :
         -vs-                                 :
                                              : ORDER ACCEPTING PLEA AGREEMENT
RAMAL HAMMOND                                 : AND JUDGMENT AND NOTICE OF
                                              : HEARING
                   Defendant                  :
------------------------------------------    :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and plea agreement of Ramal Hammond which was referred to the Magistrate Judge with the consent of the parties.

    On 6 December 2006, the government filed a three-count indictment against Ramal Hammond for conspiracy to distribute cocaine base and cocaine in violation of 21 U.S.C. § 846; use of a communications facility in violation of 21 U.S.C. § 843(b); and distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C). On 26 December 2006, a hearing was held in which Ramal Hammond entered a plea of not guilty before Magistrate Judge David S. Perelman, waived the reading of the indictment and waived his right to a detention hearing and executed a waiver.  On

9 March 2007, Magistrate Judge Vecchiarelli received Ramal Hammond's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Ramal Hammond is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Ramal Hammond is adjudged guilty of the lesser offense set forth in Count One of conspiracy to distribute cocaine base (crack) in violation of 21 U.S.C. § 846 and § 841(b)(1)(C).

Sentencing will be:

**4 June 2007 at 11:30 a.m.**

**Courtroom 19-A**
**19th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated:     5 April 2007             /s/Lesley Wells
                                    UNITED STATES DISTRICT JUDGE

2